177 So. 920

### Felix FOWLER v. STATE.
6 Div. 170.

Court of Appeals of Alabama.
Dec. 7, 1937.

RICE, Judge.
Appeal dismissed.

189 So. 920

### Harley A. FRANKLIN, alias, v. STATE.
6 Div. 429.

Court of Appeals of Alabama.
May 2, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

186 So. 918

### Alvin FRANKS v. STATE.
8 Div. 768.

Court of Appeals of Alabama.
Feb. 7, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

186 So. 918

### Coy FRICKS v. STATE.
7 Div. 435.

Court of Appeals of Alabama.
Jan. 17, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

176 So. 921

### Jerome FROST v. STATE.
2 Div. 629.

Court of Appeals of Alabama.
Nov. 2, 1937.

BRICKEN, Presiding Judge.
Affirmed.

185 So. 921

### Frank FULLER v. STATE.
6 Div. 363.

Court of Appeals of Alabama.
Dec. 13, 1938.

, A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.